# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **WILLIAM DANIEL MCHOSE,** | : | |
| Plaintiff | : | |
| | : | No. 1:18-cv-1655 |
| v. | : | |
| | : | (Judge Rambo) |
| **SCHUYLKILL COUNTY PRISON,** *et al.*, | : | |
| Defendants | : | |

## ORDER

**AND NOW**, this 22nd day of April 2019, for the reasons set forth in the Memorandum accompanying this Order, **IT IS ORDERED THAT**:

1. Defendants' motion to dismiss (Doc. No. 20), converted to a motion for summary judgment, is **GRANTED**;

2. The Clerk of Court is directed to enter judgment in favor of Defendants Correctional Officers Borger and Sabol and against Plaintiff William Daniel McHose; and

3. The Clerk of Court shall **CLOSE** this case.

s/Sylvia H. Rambo
SYLVIA H. RAMBO
United States District Judge